# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE RAYMOND P. MOORE

Case No.  <u>19-cr-119-RM</u>                                    Date: October 29, 2019

Case Title: *United States v. Huanyu Yan and You Lan Xiang*

GOVERNMENT WITNESS LIST (MOTION HEARING)

| <u>WITNESS</u> | <u>ESTIMATED DATE(S) AND LENGTH OF TESTIMONY</u> |
|---|---|
| <u>Task Force Officer Raymond Padilla (DEA)</u> | <u>October 29, 2019</u><br>--30 minutes (direct)<br>--30 minutes (cross - Xiang)<br>--30 minutes (cross - Yan) |