IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00119-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HUANYU YAN, and
    YOU LAN XIANG,

    Defendants.

## UNITED STATES' UNOPPOSED MOTION FOR PROTECTIVE ORDER REGARDING MATERIAL PERTAINING TO A TRIAL WITNESS

The United States of America respectfully moves for a Protective Order pursuant to Fed. R. Crim. P. 16(d)(1) covering discovery which includes material pertaining to a trial witness in this case, a forensic chemist. The attorneys for the defendants have indicated they do not oppose this motion.

In short, the government seeks a protective order regarding certain arguable impeachment material regarding a trial witness in this case. The government intends to provide these materials to defense counsel as soon as possible, and requests an order restricting how defense counsel may use or maintain those materials. The proposed order would allow defense counsel to show such materials to the defendants, but would not allow the defendants to have paper or electronic copies of those materials in their possession. The proposed order would also preclude defendants and defense counsel

from using or disseminating this material for any purpose other than cross-examining the government's trial witness in this matter to the extent permitted by the Court. The requested order would apply only to this arguable impeachment material. The protective order would not apply to any other discovery in this case.

Fed. R. Crim. P. 16(d)(1) gives the Court broad authorization to issue an appropriate Protective Order governing discovery: "At any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." To protect the privacy of the trial witness in this case, the government asks the Court for a protective order imposing reasonable limitations on how defense counsel may handle the above-described materials. The requested restrictions are narrowly tailored to the interests at issue and will allow the government to comply with its discovery obligations and this Court's orders while still protecting the privacy interests of the witness.

## **TERMS OF THE PROPOSED PROTECTIVE ORDER**

The United States requests an order be issued with the following terms and conditions:

1. The defense team—including defense investigators and legal support staff—shall keep any reports and other materials that reference the witness in this matter, and any notes or other materials prepared based upon or referring to information in these materials (collectively, the "Protected Materials") in confidence and shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

2. The Protected Materials may be viewed only by defense counsel, the defendants, and members of the defense team, including any defense investigators and staff, as necessary for the purposes of preparing a defense in this particular case. Defense counsel shall ensure that members of the defense team will read the protective order and are informed of their responsibility to safeguard the Protected Materials.

3. Defense counsel and/or their staff shall make copies of the Protected Materials only as necessary to prepare a defense in this case and to cross-examine the witness to the extent permitted by the Court.

4. No copies of the Protected Materials shall be provided to the defendants, their family members, friends, or associates, under any circumstances without petition to and further order of the Court. The defendants may be allowed to view the Protected Materials, but only while in the direct presence of the defense counsel.

5. A copy of this Order shall be kept with the records to which it pertains at all times.

## **CONCLUSION**

A proposed protective order is attached to this motion. With such protective order, the government will provide the defense with the Protected Materials.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/Aaron M. Teitelbaum*
Aaron M. Teitelbaum
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: aaron.teitelbaum@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2019, I electronically filed the foregoing

**UNITED STATES' UNOPPOSED MOTION FOR PROTECTIVE ORDER REGARDING MATERIAL PERTAINING TO A COOPERATING WITNESS**

with the Clerk of Court using the ECF system which will send notification of such filing to all email addresses of record.

By: _____